FILED
May 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ yeseniab DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ERNESTO ZARATE-LOPEZ,<br><br>                Defendant. | Case No.: '18 CR2450 AJB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien (Felony) |

The United States Attorney charges:

On or about April 18, 2018, within the Southern District of California, defendant ERNESTO ZARATE-LOPEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

CBK:mf:5/2/2018

1    It is further alleged that defendant was removed from the United
2    States subsequent to May 25, 2006.
3    DATED: 5/16/18 .

ADAM L. BRAVERMAN
United States Attorney

CARLA B. KEEHN
Assistant U.S. Attorney